**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MASTERSTAFF, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0115 |
| | ) | Judge Trauger |
| MICHELLE MILLER, JASON BUCHER, | ) | |
| ATLANTIC CAPITAL MORTGAGE | ) | |
| CORPORATION, and IQUEST EMPLOYMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Docket No.

20), which does not dismiss this case, as it is not in compliance with Rule 41(a)(1)(A).

It is so **ORDERED**.

ENTER this 29th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge